**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: August 19, 2010**

---

BK1006636
RAH

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

IN RE:                                    Case No. 10-56994

Joyce Y Goodwin                           Chapter 7
                                           Judge Preston
                        Debtor

                                          **ORDER GRANTING MOTION FOR**
                                          **RELIEF FROM STAY (DOCKET #12)**
                                          **FOR PROPERTY LOCATED AT (2478**
                                          **MASON VILLAGE COURT**
                                          **COLUMBUS , OH  43232)**

    This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S.

Bank, N.A. on July 16, 2010 as document number 12. Movant has alleged that good cause exists for

granting the Motion and that Debtor, counsel for Debtor, The Trustee, and all other necessary parties were

served with the Motion and the Notice required by LBR 9013-1(a).  No party filed a response or otherwise

appeared in opposition to the Motion.

    Based on this, it appears appropriate to grant the relief requested with respect to the property located

at 2478 Mason Village Court  Columbus, OH 43232.

**IT IS THEREFORE ORDERED:**

1.     The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is,

**terminated with regard to the interest in the real property held by Movant, its successors and assigns,**

**in order to permit Creditor, its successors and assigns to exercise its State law remedies.**

**SO ORDERED**

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
Bar Registration No.0077062
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

Advanced Realty Management - Creditor
5350 East Livingston Avenue
Columbus, OH 43232
ORDINARY U.S. MAIL, POSTAGE PRE-PAID


###